IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT D. FORD,<br>Plaintiff | : | No. 1:17-cv-00908 |
| v. | : | (Judge Kane) |
| CITY OF HARRISBURG, et al.,<br>Defendants | : | (Magistrate Judge Carlson) |

## ORDER

**AND NOW**, on this 16th day of September 2019, in accordance with the Memorandum issued concurrently with this Order, and upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** in part the Report and Recommendation (Doc. No. 41) of Magistrate Judge Carlson insofar as it recommends that this Court dismiss counts 4 and 5 of Plaintiff's amended complaint;

2. Defendants' Motion to Dismiss (Doc. No. 28) is **GRANTED** with respect to counts 1, 2, 4, and 5 of Plaintiff's amended complaint, and those counts are **DISMISSED WITH PREJUDICE**;

3. Plaintiff's pendent state law claims (counts 3, 6 and 7) are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c)(3); and

4. The Clerk of Court is directed to **CLOSE** this case.

                                                    s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania